IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01664-RPM

JOSEPH MARTINEZ,

        Plaintiff,

v.

CITY OF COLORADO SPRINGS and
COLORADO SPRINGS POLICE DEPARTMENT METRO VNI DETECTIVE CHASE PASSANATE,

        Defendants.
_____

ORDER VACATING ORDER OF REFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the order of reference to Magistrate Judge Michael E. Hegarty is vacated.

        DATED:  August 9th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge